· No. 685. BELZ *v.* BOARD OF TRADE OF THE CITY OF CHICAGO ET AL. C. C. A. 7th. Certiorari denied. *Abraham W. Brussell* and *Arthur J. Goldberg* for petitioner. *Weymouth Kirkland, Howard Ellis, Walter Bachrach, Walter H. Moses, Stanley Morris* and *Floyd E. Thompson* for respondents.

No. 677. DEAUVILLE CORPORATION ET AL. *v.* GARDEN SUBURBS GOLF & COUNTRY CLUB, INC. C. C. A. 5th. Certiorari denied. *R. H. Ferrell* and *J. M. Flowers* for petitioners. *A. Frank Katzentine* and *Alonzo Wilder* for respondent.

No. 684. JOSEPH F. HUGHES & CO. *v.* MACHEN, TRUSTEE IN BANKRUPTCY. C. C. A. 4th. Certiorari denied. *Nathan Patz* for petitioner. *Frederick J. Singley* and *Charles G. Page* for respondent.

No. 689. GREAT LAKES TOWING CO. *v.* AMERICAN STEAMSHIP CO. C. C. A. 6th. Certiorari denied. *Walker H. Nye* for petitioner. *Laurence E. Coffey* for respondent.

No. 691. CHICAGO MINES CO. *v.* COMMISSIONER OF INTERNAL REVENUE;

No. 692. LONDON EXTENSION MINING CO., TRANSFEREE, *v.* COMMISSIONER OF INTERNAL REVENUE; and

No. 693. LONDON EXTENSION MINING CO. *v.* COMMISSIONER OF INTERNAL REVENUE. C. C. A. 10th. Certiorari denied. *Frazer Arnold* for petitioners. *Solicitor General Perlman, Assistant Attorney General Caudle, Sewall Key, Lee A. Jackson* and *Hilbert P. Zarky* for